IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PEGGY PIERCE, ISAAC TURNER, MARCUS LUSTER, and DENNIS TRAITEUR, JR., <br><br> Plaintiff, <br><br> vs. <br><br> COMMONFIELDS OF CAHOKIA PUBLIC WATER DISTRICT, MARILYN STRINGFELLOW, CAROLYN TOUCHETTE, MIKE MILLATTI, and ERMA MILLARD, <br> Defendant(s), | ) ) ) ) ) ) ) ) No.   10-182-SCW ) ) ) ) ) ) ) ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant an Order entered by United States Magistrate Judge Stephen C. Williams on January 8, 2013 (Doc. 108), the above-captioned action is **DISMISSED** with prejudice.

**Dated: March 27, 2013**

Nancy J. Rosenstengel, Clerk of Court

By: s/Angie Vehlewald
  Deputy Clerk

Approved:   s/Stephen C. Williams
       Stephen C. Williams
       United States Magistrate Judge